**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TAIT TOWERS MANUFACTURING, LLC | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.  24-1720** |
| | : | |
| WICREATIONS, BVBA, et al. | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 18th day of June, 2026, upon consideration of the parties' Joint Claim

Construction Brief (ECF No. 78) and for the reasons set forth in the accompanying Memorandum,

it is hereby **ORDERED** that the Court construes the following claim terms as follows:

| Claim Term | Court's Construction |
|---|---|
| a flared end | an end that spreads outward |
| a tapered portion | a gradually narrowed portion |
| disposed between | located between |
| an alignment channel | a groove or furrow that allows for the positioning of parts relative to one another |
| across; cross | extending from one point on an edge of to another point on an edge of |
| a hook | a mechanism for catching or holding in place |
| the female primary connector and the male primary connector being configured to connect when the elongate primary support is in a rotational orientation about the longitudinal axis that allows the alignment channel to engage the alignment pin during insertion of the male primary connector into the female primary connector | the female primary connector and the male primary connector being able to connect when the elongate primary support is in one of one or more specific rotational orientations about its longitudinal axis that allows the [groove or furrow that allows for the positioning of parts relative to one another] to engage the alignment pin simultaneously with the male |

|  | primary connector becoming fully inserted into the female platform connector |
|---|---|
| to detachably engage the male support connector only when the male support connector is rotationally oriented such that the alignment channel is engaged by the alignment pin | to detachably engage the male support connector only when the male support connector is in one of one or more specific rotational positions about its longitudinal axis such that the [groove or furrow that allows for the positioning of parts relative to one another] is engaged by the alignment pin |
| Preamble to '876 Patent | A method of assembling and disassembling a portable support structure |
| standing position | position in which one is on their feet |
| then | followed by |
| continuous platform surface | a surface formed by platform members abutted in the same plane |

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**