**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAIT TOWERS MANUFACTURING, LLC** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-1720** |
| | : | |
| **WICREATIONS, BVBA, et al.** | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

**AND NOW**, this 7th day of July, 2026, upon consideration of Defendant Hans Willems's Motion to Dismiss Plaintiff TAIT Towers Manufacturing, LLC's Third Amended Complaint for Lack of Personal Jurisdiction (ECF No. 57), it is hereby **ORDERED** as follows:

1.      Mr. Willems's Motion is **DENIED without prejudice** to his right to refile said motion upon the completion of a brief period of discovery.

2.      The parties shall have 30 days to complete limited discovery solely as to this Court's personal jurisdiction over Mr. Willems.

3.      After this brief discovery period, each side shall be permitted to file a supplemental brief on or before **September 7, 2026** addressing whether this Court has personal jurisdiction over Mr. Willems. This brief shall not include the arguments presented by the parties in their initial briefing, and the Court shall consider all arguments in the initial briefing as well as the supplemental briefing when deciding Defendant's motion.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**